April 13, 2018

United States District Court
Eastern District of Pennsylvania
Office of the Clerk of Court
601 Market Street
Philadelphia, PA  19106

RE:  Jamie Ray-Leonetti, Attorney ID 84132

Dear Ms. Barkman,

Pursuant to the PA Rules of Professional Conduct, I am writing to confirm that I have been suspended for a period of one year and one day.  A copy of the Order from the Pennsylvania Supreme Court is enclosed.  Should you have any questions, I may be reached as follows:

Jamie Ray-Leonetti
1815 JFK Blvd., Apt 1705
Philadelphia, PA  19103
(215) 868-8144


Thank you,

Respectfully,

*Jamie Ray-Leonetti*
Jamie Ray-Leonetti


Encl.

## IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2453 Disciplinary Docket No. 3 |
| Petitioner | : | No. 182 DB 2017 |
| v. | : | Attorney Registration No. 84132 |
| JAMIE RAY-LEONETTI, | : | (Philadelphia) |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of March, 2018, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board, the Joint Petition in Support of Discipline on Consent is granted, and Jamie Ray-Leonetti is suspended on consent from the Bar of this Commonwealth for a period of one year and one day. She shall comply with all the provisions of Pa.R.D.E. 217.

    Respondent shall pay the costs incurred by the Disciplinary Board in the investigation and prosecution of this matter.

A True Copy Patricia Nicola
As Of 3/19/2018

Attest: *[signature]*
Chief Clerk
Supreme Court of Pennsylvania