IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA



IN THE MATTER OF:      :   MISCELLANEOUS
                       :
JAMIE RAY-LEONETTI     :   NO. 18-mc-0070



**ORDER**

**AND NOW**, this 17th day of May, 2018, respondent having been ordered on April 4, 2018, to show cause, within thirty (30) days, why she should not be **suspended on consent** from the practice of law in this court for a period of one (1) year and one (1) day, effective thirty (30) days from March 19, 2018, and respondent not having answered or requested a hearing, it is hereby

**ORDERED** that respondent is **suspended on consent** from the practice of law in this court for a period of one (1) year and one (1) day, effective thirty (30) days from March 19, 2018, and until further Order of this court.

BY THE COURT:

LAWRENCE F. STENGEL
**Chief Judge**